HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ERIC HOOD,

    Plaintiff,

v.

SOUTH WHIDBEY SCHOOL DISTRICT,

    Defendant.

CASE NO. C11-2024RAJ

ORDER

The court has reviewed the parties' four pending motions and has determined that their resolution will resolve this action in its entirety. There will be no trial. The court accordingly VACATES the trial date and any remaining pretrial deadlines.

DATED this 19th day of September, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1