HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC HOOD,

    Plaintiff,

  v.

SOUTH WHIDBEY SCHOOL DISTRICT,

    Defendant.

CASE NO. C11-2024RAJ

ORDER

    This matter comes before the court on Plaintiff's motion for reconsideration (Dkt. # 107) of the court's March 3, 2014 order granting Defendant's motion for summary judgment.

    A motion for reconsideration must demonstrate either "manifest error in the prior ruling" or "new facts or legal authority [that] could not have been brought to [the court's] attention earlier with reasonable diligence."  Local Rules W.D. Wash. LCR 7(h)(1). Plaintiff's motion meets neither standard, and the court accordingly DENIES it.

    DATED this 28th day of March, 2014.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1