HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ERIC HOOD,

    Plaintiff,

  v.

SOUTH WHIDBEY SCHOOL DISTRICT,

    Defendant.

CASE NO. C11-2024RAJ

ORDER

    The court DENIES Plaintiff's motion for reconsideration. Dkt. # 109. The court will accept no additional motions for reconsideration from Plaintiff.

    DATED this 3rd day of April, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1